IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 24 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| FREDERICK MASSEY, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2476-Ma/V |
| CORRECTIONAL MEDICAL SERVICES, et al., | X | |
| Defendants. | X | |

SECOND ORDER CORRECTING THE DOCKET
ORDER DIRECTING CLERK TO MAIL JULY 15, 2005 ORDER TO
PLAINTIFF'S CORRECT ADDRESS
AND
ORDER EXTENDING TIME FOR COMPLIANCE

Plaintiff Frederick Massey, booking number 05106330, an inmate at the Shelby County Criminal Justice Complex ("Jail") in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on July 5, 2005.[1] The Court issued an order on July 15, 2005 that, inter alia, directed the Clerk to correct the docket to reflect the plaintiff's correct address at the Jail and directing the plaintiff, within thirty days, to file the documents required by the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or remit the full civil filing fee of $250. Because the Clerk did not correct the docket, the order was mailed to the plaintiff's former address, and it was returned

---

[1] Although there is some ambiguity on the face of the plaintiff's complaint, the website for the Shelby County Sheriff's Jail Information Page indicates that the plaintiff is currently an inmate at the Jail. Accordingly, the Clerk is ORDERED to correct the docket to reflect the plaintiff's current address.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

by the post office on August 1, 2005 with a notation that that address is currently vacant.

The Clerk is ORDERED, for the second time, to correct the plaintiff's address as directed in the July 15, 2005 order. The plaintiff's mailing address should include his booking number. The Clerk is further ORDERED to mail the plaintiff another copy of the July 15, 2005 order at his correct address. The time for the plaintiff's compliance with the July 15, 2005 order is extended to thirty (30) days after the date of entry of this order.

IT IS SO ORDERED this 23d day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02476 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Fredrick Massey
# 0510633
2621 N. Watkins
#5
Memphis, TN 38127

Honorable Samuel Mays
US DISTRICT COURT