IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 31  AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| FREDERICK MASSEY, | X X X | |
| Plaintiff, | X X | |
| vs. | X X | No. 05-2476-Ma/V |
| CORRECTIONAL MEDICAL SERVICES, et al., | X X X X | |
| Defendants. | X X | |

THIRD ORDER CORRECTING THE DOCKET
ORDER DIRECTING CLERK TO MAIL JULY 15, 2005 ORDER TO
PLAINTIFF'S CORRECT ADDRESS
AND
ORDER EXTENDING TIME FOR COMPLIANCE

Plaintiff Frederick Massey, booking number 05106330, an inmate at the Shelby County Criminal Justice Complex ("Jail") in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on July 5, 2005.[1] The Court issued an order on July 15, 2005 that, inter alia, directed the Clerk to correct the docket to reflect the plaintiff's correct address at the Jail and directing the plaintiff, within thirty days, to file the documents required by the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or remit the full civil filing fee of $250. Because the Clerk did not correct the docket, the order was mailed to the plaintiff's former address, and it was returned

---

[1] Although there is some ambiguity on the face of the plaintiff's complaint, the website for the Shelby County Sheriff's Jail Information Page indicates that the plaintiff is currently an inmate at the Jail. Accordingly, the Clerk is ORDERED to correct the docket to reflect the plaintiff's current address.

This document entered on the docket sheet in compliance with Rule 79(a) FRCP on 11-1-05

5

by the post office on August 1, 2005 with a notation that that address is currently vacant.

The Court issued a second order on August 24, 2005 that provided, in pertinent part, as follows:

> The Clerk is ORDERED, for the second time, to correct the plaintiff's address as directed in the July 15, 2005 order. The plaintiff's mailing address should include his booking number. The Clerk is further ORDERED to mail the plaintiff another copy of the July 15, 2005 order at his correct address. The time for the plaintiff's compliance with the July 15, 2005 order is extended to thirty (30) days after the date of entry of this order.

08/24/05 Order at 2. For reasons that are not clear, this order was mailed to the plaintiff at the same address to which the previous order was sent. There also is no indication on the docket sheet that the Clerk mailed another copy of the July 15, 2005 order to the plaintiff at his correct address.

The Clerk is ORDERED, **for the THIRD TIME**, to correct the plaintiff's address as directed in the July 15, 2005 order. **This means that the plaintiff, an inmate at the Jail, should receive his mail at the Jail.** The plaintiff's mailing address should include his booking number. The Clerk is further ORDERED to mail the plaintiff another copy of the July 15, 2005 order at his correct address, **the Jail**. The time for the plaintiff's compliance with the July 15, 2005 order is extended to thirty (30) days after the date of entry of this order.

IT IS SO ORDERED this 28th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02476 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

Fredrick Massey
SHELBY COUNTY JAIL
# 0510633
201 Poplar
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT