UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 5: 35



FREDERICK MASSEY,

    Plaintiff,

v.                                                    Cv. No. 05-2476-Ma

CORRECTIONAL MEDICAL SERVICES,
et al.,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed December 1, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 8, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02476 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Fredrick Massey
SHELBY COUNTY JAIL
# 0510633
201 Poplar
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT